# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

FULLVIEW, INC.

v.

MICROSOFT CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**BZ**

CV 08   2218 

TO: (Name and address of defendant)

MICROSOFT CORPORATION
c/o CSC - LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DRIVE, SUITE 100
SACRAMENTO, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Spencer Hosie
Bruce Wecker
George Bishop
Hosie Rice LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105

Robert J. Yorio
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 29 2008
DATE_____

Helen L. Almacen
(BY) DEPUTY CLERK

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]    DATE |
| Name of SERVER    TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____      _____
                        *Date*                                        *Signature of Server*

                                                                  _____
                                                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure