SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

*Attorneys for Plaintiff*
*FULLVIEW, INC.*

E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BZ

| | |
|---|---|
| FULLVIEW, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | CV 08 2218<br>Case No. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
2  the named parties, there is no such interest to report.

4  Dated: April 29, 2008                              Respectfully submitted,

                                                      _____
                                                      SPENCER HOSIE (CA Bar No. 101777)
                                                      shosie@hosielaw.com
                                                      BRUCE WECKER (CA Bar No. 078530)
                                                      bwecker@hosielaw.com
                                                      GEORGE F. BISHOP (CA Bar No. 89205)
                                                      gbishop@hosielaw.com
                                                      HOSIE RICE LLP
                                                      One Market, 22nd Floor
                                                      San Francisco, CA 94105
                                                      (415) 247-6000 Tel.
                                                      (415) 247-6001 Fax

                                                      ROBERT J. YORIO (CA Bar No. 93178)
                                                      yorio@carrferrell.com
                                                      CARR & FERRELL LLP
                                                      2200 Geng Road
                                                      Palo Alto, CA 94303
                                                      (650) 812-3400 Tel.
                                                      (650) 812-3444 Fax

                                                      *Attorneys for Plaintiff*
                                                      *FULLVIEW, INC.*

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1