1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
   One Market, 22nd Floor
5  San Francisco, CA 94105
   (415) 247-6000 Tel.
6  (415) 247-6001 Fax

7
   ROBERT J. YORIO (CA Bar No. 93178)
8  yorio@carrferrell.com
   CARR & FERRELL LLP
9  2200 Geng Road
   Palo Alto, CA  94303
10 (650) 812-3400 Tel.
   (650) 812-3444 Fax
11

12 *Attorneys for Plaintiff*
   *FULLVIEW, INC.*
13

14
                  UNITED STATES DISTRICT COURT
15         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
16

17
   FULLVIEW, INC.
18                                          Case No. CV 08-2218 BZ
            Plaintiff,
19                                          **DECLINATION TO PROCEED
   v.                                       BEFORE A MAGISTRATE JUDGE
20                                                       AND
   MICROSOFT CORPORATION,                   REQUEST FOR REASSIGNMENT TO
21                                          A UNITED STATES DISTRICT JUDGE**
            Defendant.
22

23

24

25

26

27

28

   DECLINATION TO PROCEED BEFORE                         CASE NO. CV 08-2218 BZ
   A MAGISTRATE JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  May 1, 2008                              Respectfully submitted,


                                                  /s/ Bruce Wecker
                                                 SPENCER HOSIE (CA Bar No. 101777)
                                                 shosie@hosielaw.com
                                                 BRUCE WECKER (CA Bar No. 078530)
                                                 bwecker@hosielaw.com
                                                 GEORGE F. BISHOP (CA Bar No. 89205)
                                                 gbishop@hosielaw.com
                                                 HOSIE RICE LLP
                                                 One Market, 22nd Floor
                                                 San Francisco, CA 94105
                                                 (415) 247-6000 Tel.
                                                 (415) 247-6001 Fax

                                                 ROBERT J. YORIO (CA Bar No. 93178)
                                                 yorio@carrferrell.com
                                                 CARR & FERRELL LLP
                                                 2200 Geng Road
                                                 Palo Alto, CA  94303
                                                 (650) 812-3400 Tel.
                                                 (650) 812-3444 Fax

                                                 *Attorneys for Plaintiff*
                                                 *FULLVIEW, INC.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLINATION TO PROCEED BEFORE          1          CASE NO. CV 08-2218 BZ
A MAGISTRATE JUDGE