IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FULLVIEW, INC.,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

No. C 08-2218 MMC

**ORDER OF RECUSAL**

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: May 5, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge