SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

*Attorneys for Plaintiff*
*FULLVIEW, INC.*

ISABELLA FU (No. 154677)
isabelfu@microsoft.com
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399
(425) 882-8080 Tel.
(425) 936-7329 Fax

*Attorney for MICROSOFT CORPORATION*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FULLVIEW, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No. CV 08-02218 JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to an agreement of the parties dated June 25, 2008, the undersigned parties, through their respective counsel, hereby stipulate to dismissal of the above-captioned case as follows:

1. All claims are dismissed with prejudice.

2. Each party shall bear its own costs of suit and attorneys' fees.

Dated: June 30, 2008                          Respectfully submitted,


                                                    */s/ Spencer Hosie*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

*Attorneys for Plaintiff*
*FULLVIEW, INC.*

                                                    */s/ Isabella Fu*
ISABELLA FU (No. 154677)
isabelfu@microsoft.com
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399
(425) 882-8080 Tel.
(425) 936-7329 Fax

*Attorney for MICROSOFT CORPORATION*

STIPULATION OF DISMISSAL                                                          CASE NO. CV 08-02218 JSW
WITH PREJUDICE

1  I hereby attest that concurrence in the filing of this stipulation has been obtained for
2  all signatures indicated by a "conformed" signature (/s/) within this e-filed document.

3  Date:  June 30, 2008                    */s/ Spencer Hosie*
                                            Spencer Hosie
4

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  Dated:

8                                          The Honorable Jeffrey S. White

STIPULATION OF DISMISSAL                                    CASE NO. CV 08-02218 JSW
WITH PREJUDICE
                              2