1  SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
4  HOSIE RICE LLP
One Market, 22nd Floor
5  San Francisco, CA 94105
6  (415) 247-6000 Tel.
(415) 247-6001 Fax
7
8  ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
9  CARR & FERRELL LLP
2200 Geng Road
10  Palo Alto, CA  94303
11  (650) 812-3400 Tel.
(650) 812-3444 Fax
12
*Attorneys for Plaintiff*
13  *FULLVIEW, INC.*

14  ISABELLA FU (No. 154677)
isabelfu@microsoft.com
15  Microsoft Corporation
One Microsoft Way
16  Redmond, Washington 98052-6399
17  (425) 882-8080 Tel.
(425) 936-7329 Fax
18
*Attorney for MICROSOFT CORPORATION*
19

20              UNITED STATES DISTRICT COURT
21           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
22

23  FULLVIEW, INC.

Case No. CV 08-02218 JSW

          Plaintiff,
24
v.                                    **STIPULATION OF DISMISSAL WITH
25                                    PREJUDICE**

26  MICROSOFT CORPORATION,

          Defendant.
27

28

STIPULATION OF DISMISSAL                                    CASE NO. CV 08-02218 JSW
WITH PREJUDICE

Pursuant to an agreement of the parties dated June 25, 2008, the undersigned parties, through their respective counsel, hereby stipulate to dismissal of the above-captioned case as follows:

1.  All claims are dismissed with prejudice.

2.  Each party shall bear its own costs of suit and attorneys' fees.

Dated:  June 30, 2008                                  Respectfully submitted,


                            __/s/ Spencer Hosie_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

*Attorneys for Plaintiff*
*FULLVIEW, INC.*

                    _/s/ Isabella Fu_____
ISABELLA FU (No. 154677)
isabelfu@microsoft.com
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399
(425) 882-8080 Tel.
(425) 936-7329 Fax

*Attorney for MICROSOFT CORPORATION*

STIPULATION OF DISMISSAL                                             CASE NO. CV 08-02218 JSW
WITH PREJUDICE

1  I hereby attest that concurrence in the filing of this stipulation has been obtained for
2  all signatures indicated by a "conformed" signature (/s/) within this e-filed document.

3  Date: June 30, 2008                    */s/ Spencer Hosie*
                                           Spencer Hosie
4

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  Dated:  July 1, 2008

8                                         _____
                                           The Honorable Jeffrey S. White
9

STIPULATION OF DISMISSAL                                CASE NO. CV 08-02218 JSW
WITH PREJUDICE
                                    2